PEOPLE ex rel. McCALL, Appellant, v. CITY OF ALBANY et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Proceeding by the People of the State of New York, on the relation of Henry S. McCall, against the City of Albany, James H. McEwan, as Mayor, and Wallace Greenalch, as Commissioner of Public Works, of the City of Albany, and the New York Central & Hudson River Railroad Company. No opinion. Order unanimously affirmed, with $10 costs and disbursements. See, also, 126 N. Y. Supp. 1142.